IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case. No.: 20-CR-01707-JAP |
| | ) | |
| vs. | ) | |
| | ) | |
| THOMAS WABNUM, | ) | |
| | ) | |
| Defendant. | ) | |

## SEALED ORDER TO UNSEAL CASE

THIS MATTER having come before the Court on the motion of the United States (Doc. 4), and the Court, being fully advised in the premises, finds the motion should be and hereby is granted.

IT IS HEREBY ORDERED that the above-captioned case and all filings in this case are unsealed.

_____
United States Magistrate Judge

Submitted by:
Allison C. Jaros,
Assistant United States Attorney