IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   1:20-cr-1707 |
| | ) |
| THOMAS WABNUM, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

**COMES NOW**, Meredith M. Baker of the Law Office of Meredith Baker LLC, and Wayne Baker, of the Law Office of Wayne Baker hereby enter their appearance on behalf of the Defendant in the above-captioned case.

Respectfully submitted,

*Meredith M. Baker*
Meredith M. Baker
*Attorney for the Defendant*
P.O. Box 7415
Albuquerque, NM 87194
Tel: (505) 697-1900
meredithbaker@meredithbakeresq.com

*Wayne Baker*
Wayne Baker, Esq.
14112 Piedras Road, NE
Albuquerque, NM 87123-2323
(505) 652-4222

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court on November 23, 2020, using the CM/ECF system which will send notification to the government.
*Meredith Baker*
Meredith Baker, Esq.