IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 20-cr-1707 |
| vs. ) | |
| ) | |
| THOMAS WABNUM, ) | |
| ) | |
| Defendant. ) | |

**WAIVER OF PERSONAL PRESENCE AT HEARING**

I, Thomas Wabnum, Defendant, understand that I am scheduled for an Initial Appearance hearing on November 18, 2020.

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: *Nov. 17, 2020*                              _____
                                                                         *Defendant's signature*

*Meredith Baker*
MEREDITH M. BAKER
Attorney for Defendant
LAW OFFICE OF MEREDITH M. BAKER, LLC
PO Box 7415
Albuquerque, NM 87194
505-697-1900 office
meredithbakeresq@gmail.com

*Wayne L. Baker*
WAYNE L. BAKER
Attorney for Defendant
Law Office of Wayne L Baker
14112 Piedras Rd. NE
Albuquerque NM 87123-2323
505-652-4222
federallitigator@gmail.com

1