UNITED STATES DISTRICT COURT
IN THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>THOMAS WABNUM,<br><br>                    Defendant. | No.: 20-cr-1707 (KWR) |

NOTICE OF APPEARANCE

Wayne Baker, of the Law Office of Wayne Baker, formally enters his appearance as co-counsel with Meredith M. Baker, of the Law Office of Meredith Baker, LLC, representing the defendant Thomas Wabnum, in the above-referenced action.

Respectfully submitted,

*__Wayne Baker__*
Wayne Baker, Esq.
Law Office of Wayne Baker
Counsel for Defendant Thomas Wabnum

I hereby certify that I filed the foregoing electronically on November 17, 2020, through the CM/ECF system, which caused counsel for the Government to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.