IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    20-cr-1707

THOMAS WABNUM,

    Defendant.

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, Thomas Wabnum, Defendant, understand that I am scheduled for an Initial Appearance hearing on November 18, 2020.

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: Nov. 17, 2020

_____
Defendant's signature

*Meredith Baker*
MEREDITH M. BAKER
Attorney for Defendant
LAW OFFICE OF MEREDITH M. BAKER, LLC
PO Box 7415
Albuquerque, NM 87194
505-697-1900 office
meredithbakeresq@gmail.com

*Wayne L. Baker*
WAYNE L. BAKER
Attorney for Defendant
Law Office of Wayne L Baker
14112 Piedras Rd. NE
Albuquerque NM 87123-2323
505-652-4222
federallitigator@gmail.com

1