IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 20-CR-01707-KWR |
| | ) | |
| vs. | ) | |
| | ) | |
| THOMAS WABNUM, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

The United States hereby notifies the Court that Assistant United States Attorney David P. Cowen enters his appearance on behalf of the United States as co-counsel.

The United States requests that all future notices, pleadings and correspondence be delivered to counsel of record David P. Cowen.

    Respectfully submitted,

    FRED J. FEDERICI
    Acting United States Attorney

    */s/ Electronically filed on 04/05/2021*
    DAVID P. COWEN
    Assistant United States Attorney
    Post Office Box 607
    Albuquerque, NM 87102
    (505) 346-7274

I HEREBY CERTIFY that on April 5, 2021, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.
*/s/*
DAVID P. COWEN
Assistant United States Attorney