IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No.: 20-CR-1707 KWR |
| vs. | ) ) | |
| THOMAS WABNUM, | ) ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

The United States hereby notifies the Court that Assistant United States Attorney Nicholas J. Marshall enters his appearance on behalf of the United States.

The United States requests that all future notices, pleadings and correspondence be delivered to counsel of record Nicholas J. Marshall.

Respectfully submitted,

FRED J. FEDERICI
Acting United States Attorney

*/s/ Electronically filed on June 11, 2021*
NICHOLAS J. MARSHALL
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that on June 11, 2021, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.
*/s/*
NICHOLAS J. MARSHALL
Assistant U.S. Attorney