IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 20-CR-01707-JP |
| | ) |
| THOMAS WABNUM, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

The United States of America notifies the Court that Louis C. Mattei, Assistant United States Attorney, enters his appearance as counsel for the United States in the above-captioned case.

The United States requests that all notices, pleadings and correspondence be delivered to the attention of Louis C. Mattei, Assistant United States Attorney.

Respectfully submitted,

FRED J. FEDERICI
Acting United States Attorney

*/s/ Electronically filed on 06/22/2021*
LOUIS C. MATTEI
Assistant United States Attorney
Post Office Box 607
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that on the
22nd day of June, 2021, I filed
the foregoing pleading electronically
through the CM/ECF system, which
caused counsel of record to be served
by electronic means.

*/s/*
Louis C. Mattei
Assistant United States Attorney