PROB 22
(Rev. 01/24)

**DOCKET NUMBER** *(Tran. Court)*

1:20CR01707-001KWR

## TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | New Mexico | Albuquerque |

| | NAME OF SENTENCING JUDGE |
|---|---|
| Thomas Wabnum | Kea W. Riggs, United States District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 05/19/2023 | Lifetime |

OFFENSE
18 U.S.C. Sec. 2244(a)(2), 18 U.S.C. Sec. 2246(3); Abusive Sexual Contact, Crime in Indian Country, 18 U.S.C. Sec. 1153

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant commenced his term of supervised release in the District of Kansas, and they are requesting transfer of jurisdiction from the District of New Mexico to their district in order to monitor the defendant supervision more efficiently and effectively. The defendant has no intention on returning to New Mexico.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ New Mexico

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Kansas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| July 29, 2026 | /S/ Kea W. Riggs |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Kansas

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| *Effective Date* | *United States District Judge* |