PROB 22
(Rev. 01/24)

**DOCKET NUMBER** *(Tran. Court)*

1:20CR01707-001KWR

## TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | New Mexico | Albuquerque |
| Thomas Wabnum | NAME OF SENTENCING JUDGE | |
| | Kea W. Riggs, United States District Judge | |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 05/19/2023 | Lifetime |

**OFFENSE**
18 U.S.C. Sec. 2244(a)(2), 18 U.S.C. Sec. 2246(3); Abusive Sexual Contact, Crime in Indian Country, 18 U.S.C. Sec. 1153

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant commenced his term of supervised release in the District of Kansas, and they are requesting transfer of jurisdiction from the District of New Mexico to their district in order to monitor the defendant supervision more efficiently and effectively. The defendant has no intention on returning to New Mexico.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ New Mexico _____

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Kansas upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| July 29, 2026 | /S/ Kea W. Riggs |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Kansas _____

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 8/3/26 | |
|---|---|
| *Effective Date* | *United States District Judge* |